1  LAW OFFICES OF JULIE M. MCCOY
   JULIE M. MCCOY, Bar no. 129640
2  JACQUELYNE M. NGUYEN, Bar no. 249658
   1670 SANTA ANA AVE., SUITE "K"
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax: (949) 722-8416

5  Attorney for: PLAINTIFF

6

7               UNITED STATES DISTRICT COURT

8               CENTRAL DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        No. CV A 10-5539

11                Plaintiff,

12      vs.                         CONSENT JUDGMENT

13 LARRY J. MYERS, AKA

14 LARRY JOE MYERS,

15                Defendant

16

17      Pursuant to the above stipulation of the parties,

18 Judgment is hereby entered in favor of Plaintiff, UNITED

19 STATES OF AMERICA, against Defendant, Larry J. Myers, aka

20 Larry Joe Myers, in the principal amount of $2,630.07 plus

21 interest accrued to July 7, 2010, in the sum of $6,255.34;

22 with interest accruing thereafter at 9% annually until entry

23 of judgment, for a total amount of  $**8,885.41**.

24

25 DATED:___8/9/2010_____   By:___TERRY NAFISI_____

26                                    Clerk of the Court
                                      LINDA RAYFORD

27                                _____
                                      Deputy Clerk
28                               United States District Court